IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

```
PAUL BAILEY, ET AL.,         }
                             }
     Plaintiffs              }
                             }          CIVIL ACTION NO.
vs.                          }
                             }          98-AR-0702-M
FLEETWOOD ENTERPRISES, INC., }
ET AL.,                      }
                             }
     Defendants              }
```

FILED
98 APR 20 PH 2:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR 20 1998

## MEMORANDUM OPINION

The court has for consideration the motion by Fleetwood Enterprises, Inc. and Fleetwood Travel Trailers of Maryland, Inc., defendants in the above-entitled cause, to dismiss for lack of *in personam* jurisdiction (Rule 12(b)(2)), and their alternative motion to dismiss under a bar of the statute of limitations (Rule 12(b)(6)). The first issue to be addressed is necessarily the jurisdictional question, which, if resolved against plaintiffs, will eliminate this court's right to rule on defendants' Rule 12(b)(6) motion.

It seems clear to this court that the transaction complained of took place in Winston-Salem, North Carolina, and that neither of the defendants has the minimum contacts with the State of Alabama which could form a constitutional or factual basis for "long-arm" jurisdiction in this court. The rules of "due process" do not go

as far as plaintiffs insist. Because there may be a statute of limitations issue, this court will not dismiss the case without prejudice pursuant to Rule 12(b)(2), and instead will convert defendants' motion to dismiss into a motion to transfer. As thus treated, the court will grant the motion by separate order.

DONE this 20th day of April, 1998.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE